# EXHIBIT
# D

Furthermore, Section 2.05 Post-Closing Covenants (b) of the Agreement states that "in the event that TAMS has not obtained final approval from the WVDEP of the transfer of the Permits within ninety (90) calendar days of the Closing Date, then TAMS shall pay to Seller the sum of Two Million Dollars ($2,000,000.00) as liquidated damages, and not as a penalty."

As previously stated, TAMS has failed to obtain the final approval from the WVDEP of the transfer of the Permits within the ninety (90) calendar day timeframe as required by the Agreement. Therefore, demand is hereby made for the immediate payment of Two Million Dollars ($2,000,000.00) to the Lampert Trust pursuant to Section 2.05 Post-Closing Covenants (b) of the Agreement.

Please remit the payment of Two Million Dollars ($2,000,000.00) to the Lampert Trust, c/o Jones & Associates, P.O. Box 1989, Charleston, WV 25327, within ten (10) days of receipt of this letter. Failure to remit the payment within the timeframe will result in the Lampert Trust pursuing all available legal remedies, including but not limited to, the filing of a lawsuit against TAMS for breach of contract.

Should you have any questions or wish to discuss this matter further, please do not hesitate to contact the undersigned.

Sincerely,

JONES & ASSOCIATES

E. Forrest Jones, Jr.

The Agreement explicitly stated that time was of the essence. As such, TAMS has failed to satisfy its obligation under the Agreement. The Agreement requires TAMS to immediately pay the Lampert Trust the "Accelerated Royalty Amount I" of Two Million Dollars ($2,000,000.00) in one lump sum payment.

Therefore, we demand immediate payment to the Lampert Trust of Two Million Dollars ($2,000,000.00). If the Lampert Trust does not receive immediate payment, it will pursue all remedies available to it under law and equity.

Sincerely,

E. Forrest Jones, Jr.

cc: The Thomas K. Lampert Irrevocable Trust
114 Bremen Lane
McMurray, PA 15317
Attn: Thomas K. Lampert, Trustee