# EXHIBIT A

## SUGGESTION

### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

**THOMAS K. LAMPERT, as Trustee**
**for the THOMAS K. LAMPERT**
**IRREVOCABLE TRUST,**

**Plaintiff,**                                              Civil Action No. 5:15-cv-6746

v.

**TAMS MANAGEMENT, INC.,**
**SOUTHERN COAL CORPORATION,**

**Defendants.**

WHEREAS, in a civil action in which judgment was recovered in the United States District Court for the Southern District of West Virginia on the 18th day of March, 2016 and AMENDED on the 12th day of July, 2016, by **Thomas K. Lampert**, as Trustee for the Thomas K. Lampert Irrevocable Trust against **Tams Management, Inc.** and **Southern Coal Corporation** for $2,454,970.99, with legal interest thereon at the rate of $45.74 per day, from the 18th day of March, 2016, until paid, and upon which judgment a writ of FIERI FACIAS has issued, and is now in the hands of the United States Marshall for the Southern District of West Virginia, unpaid and unsatisfied, the Plaintiff **Thomas K. Lampert**, as Trustee for the Thomas K. Lampert Irrevocable Trust, by attorney, suggests that there is a liability, by reason of the lien of said writ upon **Wells Fargo Securities, LLC,** of said district, who is not the judgment debtor. The Clerk is therefore required to issue a summons upon said Suggestion.

/s/ Isaac R. Forman
Brian A. Glasser (WV Bar #6597)
Isaac R. Forman (WV Bar #11668)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
bglasser@baileyglasser.com
iforman@baileyglasser.com

TO THE UNITED STATES MARSHALL FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA:

In the name of the United States of America, we command you to summon **Wells Fargo Securities, LLC**, if it be found in your bailiwick, to serve upon **Isaac R. Forman**, Plaintiff's attorney, whose address is **Bailey & Glasser, LLP, 209 Capitol Street, Charleston, WV 25301**, an answer, in writing under oath, to the above suggestion within 20 days after service of this summons.

DATED: _____

                                    _____
                                    Clerk, U.S. District Court