# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### BECKLEY DIVISION

THOMAS K. LAMPERT,
*as Trustee for the Thomas K.*
*Lampert Irrevocable Trust*,

                Plaintiff,                            CIVIL ACTION NO. 5:15-cv-06746

v.

TAMS MANAGEMENT, INC., and
SOUTHERN COAL CORPORATION,

                Defendants.

## NOTICE OF SATISFACTION OF JUDGMENT

WHEREAS, on July 12, 2016, an Amended Judgment Order was issued in the United States District Court for the Southern District of West Virginia under Case No. 5:15-cv-06746 amending a Judgment Order issued on March 18, 2016 and awarding a judgment in favor of Thomas K. Lampert, as Trustee for the Thomas K. Lampert Irrevocable Trust, against Tams Management, Inc. and Southern Coal Corporation in the amount of $2,454,970.99 plus post-judgment interest pursuant to 28 U.S.C. §1961(a) (the "Judgment"); and

WHEREAS, on July 1, 2016, Tams Management Inc. and Southern Coal Corporation filed an Appeal of the Judgment with the United States Court of Appeals for the Fourth Circuit; and

WHEREAS, on August 5, 2016, Tams Management Inc. and Southern Coal Corporation filed Appeal Bond to stay enforcement of the Judgment, in the penal sum not exceeding $2,625,000.00; and

WHEREAS, on April 11, 2017, the United States Court of Appeals for the Fourth Circuit affirmed the Judgment, and

WHEREAS, the Judgment of the United States Court of Appeals for the Fourth Circuit took effect on May 3, 2017, when that Court issued its mandate; and

WHEREAS, Plaintiff has received full and complete satisfaction of the Judgment, including post-judgment interest, attorneys' fees, and costs;

NOW THEREFORE, full and complete satisfaction of the Judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized to make an entry of the full and complete satisfaction on the docket of said Judgment.

<div style="margin-left: 50%;">

Thomas K. Lampert, as Trustee for the
Thomas K. Lampert Irrevocable Trust,

By Counsel.

</div>

/s/ *Isaac R. Forman*
Brian A. Glasser (WV Bar #6597)
Isaac R. Forman (WV Bar #11668)
Bailey & Glasser LLP
209 Capitol Street
Charleston, WV 25301
(304) 345-6555
(304) 342-1110 *facsimile*
bglasser@baileyglasser.com
iforman@baileyglasser.com
*Counsel for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION**

THOMAS K. LAMPERT,
*as Trustee for the Thomas K.
Lampert Irrevocable Trust*,

    Plaintiff,        CIVIL ACTION NO. 5:15-cv-06746

v.

TAMS MANAGEMENT, INC., and
SOUTHERN COAL CORPORATION,

    Defendants.

## Certificate of Service

The undersigned hereby certifies that on June 19, 2017, the foregoing **Notice of Satisfaction of Judgment** was served on counsel through the CM/ECF system, which will notify the following counsel of record:

> John F. Hussell, IV, Esq.
> Andrew L. Ellis, Esq.
> John D. Wooten, Jr., Esq.
> Wooten, Wooten, David, Hussell & Ellis, PLLC
> P. O. Box 3971
> Charleston, West Virginia 25339

         */s/ Isaac R. Forman*
         Isaac R. Forman